427 P.2d 682

427 P.2d 682

**In re Removal of Hugh M. MILTON II, Member of the State Highway Commission.**

**No. 8390.**

Supreme Court of New Mexico.

May 18, 1967.

CHAVEZ, Chief Justice, and NOBLE, MOISE and COMPTON, Justices, concurring; CARMODY, Justice, being absent and not participating.

Ordered that the order of dismissal pursuant to Notice of Dismissal dated May 17, 1967, is hereby withdrawn, and

Further ordered that the amended presentment filed herein be and the same is hereby dismissed with prejudice.

**Iva W. WILSON and Lena Wilson, as dependent parents of Roy W. Wilson, Deceased, Petitioners,**

v.

**COURT OF APPEALS of the State of New Mexico, Respondent.**

**No. 8429.**

Supreme Court of New Mexico.

May 19, 1967.

CHAVEZ, Chief Justice, and NOBLE, MOISE and COMPTON, Justices, concurring; CARMODY, Justice, being absent and not participating.

Ordered that petition for writ of certiorari be and the same is hereby denied.